U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Board of Trustees of the Plumbers Local Union No. 93 et al.
vs.
Mannion Plumbing, Inc.

Case Number:
FILED: JUNE 26, 2008
08CV3672
JUDGE LEFKOW
MAGISTRATE JUDGE SCHENKIER
EDA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Board of Trustees of the Plumbers Local Union No. 93 U.A.; Board of Trustees of the Plumbers Local Union No. 93 Retirment account Fund; Board of Trustees of the Plumbers Local Union No. 93 U.A. Pension Fund; Board of Trustees of the Plumbers Local Union No. 93 U.A. Health and Welfare Fund; Board of Trustees of the Joint Apprenticeship Committee Fund of the Plumbing & Heating Industry of Lake and McHenry Counties; and The Industry Advancement Fund

| NAME (Type or print) |
| --- |
| Jennifer Schroeder |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Jennifer Schroeder |

| FIRM |
| --- |
| Johnson & Krol, LLC |

| STREET ADDRESS |
| --- |
| 208 South LaSalle Street, Suite 1602 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6293725 | 312-372-8587 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |