AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Board of Trustees of the Plumbers Local No. 93 U.A.

V.

Mannion Plumbing, Inc.

CASE NUMBER: 08CV3672
JUDGE LEFKOW
MAGISTRATE JUDGE SCHENKIER
EDA

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
Mannion Plumbing, Inc.
c/o Elda G. Mannion
5419 West Division Street
Chicago, IL 60651-1312

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph E. Mallon
Johnson & Krol, LLC
202 South LaSalle Street, Suite 1602
Chicago, IL 60604
(312) 372-8587

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*

(By) DEPUTY CLERK

June 26, 2008

Date



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE PLUMBERS LOCAL NO. 93 U.A.** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **MANNION PLUMBING, INC.** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 CV 3672** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 08, 2008,** at **2:45 PM**, I served the above described documents upon **MANNION PLUMBING, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **TIM SMITH / EMPLOYEE**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **5419 W. DIVISION ST., CHICAGO, IL 60651.**

**DESCRIPTION:** Gender: **M**   Race: **WHITE**   Age: **50**   Hgt: **5'10"**   Wgt: **210**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*Steven A Stosur* (signature)

**Steven A Stosur**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 9th day of July, 2008

*Joan C. Harenberg* (signature)

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| CLIENT NAME: <br> **Johnson & Krol, LLC*** <br> FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # <br> **39557** |
|---|---|---|