### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PLUMBERS ) | |
| LOCAL UNION NO. 93 U.A.; ) | |
| BOARD OF TRUSTEES of the PLUMBERS ) | CIVIL ACTION |
| LOCAL UNION NO. 93 U.A. RETIREMENT ) | |
| ACCOUNT FUND; ) | |
| BOARD OF TRUSTEES of the PLUMBERS ) | NO:   08 CV 3672 |
| LOCAL UNION NO. 93 U.A. PENSION FUND; ) | |
| BOARD OF TRUSTEES of the PLUMBERS ) | |
| LOCAL UNION NO. 93 U.A. HEALTH AND ) | JUDGE:  LEFKOW |
| WELFARE FUND; ) | |
| BOARD OF TRUSTEES of the JOINT ) | |
| APPRENTICESHIP COMMITTEE FUND of the ) | MAGISTRATE |
| PLUMBING & HEATING INDUSTRY OF LAKE ) | JUDGE:  SCHENKIER |
| AND McHENRY COUNTIES; and ) | |
| The INDUSTRY ADVANCEMENT FUND; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| MANNION PLUMBING, INC., ) | |
| an Illinois Corporation, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR DEFAULT JUDGMENT

Now come Plaintiffs, the BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A., *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court for entry of Default Judgment in favor of Plaintiffs and against Defendant MANNION PLUMBING, INC., ("MANNION") pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and in support thereof, states as follows:

1.  On June 26, 2008, Plaintiffs filed their Initial Complaint in the above-captioned matter.

2.  On July 8, 2008, copies of the Summons and Complaint were served upon Defendant MANNION via corporate service by leaving a true and correct copy of said documents

with Tim Smith, an employee of MANNION. (Affidavit of Service attached as Exhibit 1).

3. The Defendants did not file an Answer or otherwise respond to the Complaint within 20 days of July 8, 2008, the date the Defendant was served with the Summons and Complaint (Fed. R. Civ. P. 12(a)(3)).

4. This case involves the Defendant's failure to submit Contribution Reports, contributions, and wage deductions to the Plaintiffs, as required by the terms of the Collective Bargaining Agreement and Trust Agreements to which the Defendant is bound.

5. Pursuant to the provisions of the Collective Bargaining Agreements, the Defendant MANNION is required to make monthly reports of hours worked by Covered Employees ("Contribution Reports") and pay contributions to the TRUST FUNDS and the INDUSTRY FUND for each hour worked at the rate specified in the Collective Bargaining Agreement and the Trust Agreements.

6. The amount of contributions and wage deductions due and owing to the Plaintiffs is determined by the number of hours worked by covered employees under the Collective Bargaining Agreement and Trust Agreements.

7. Defendant MANNION has failed to submit the required contribution payments for the months of September, October, November and December of 2007, as well as January of 2008, totaling approximately $15,722.56.

8. MANNION has further failed to submit Contribution Reports or the associated contribution payments for the months of April, May and June of 2008.

9. As a result of MANNION'S failure to submit contribution payments in a timely manner, liquidated damages and interest charges have accrued for the period of March of 2007

through March of 2008 in the amount of $3,559.06 and for the month of April and May of 2008 in an unknown amount.

10. Defendant MANNION owes the UNION, the INDUSTRY FUND, and the TRUST FUNDS approximately $19,281.62, which represents known contributions, working dues, liquidated damages and interest charges, plus whatever amounts are shown to be due and owing for the months of April, May, and June of 2008.

11. The Court may render a Default Judgment against a party who has not filed a responsive pleading or otherwise defended the suit. (Fed. R. Civ. P. 55(a)(b)(2)).

12. A draft Default Judgment Order is attached hereto as Exhibit 2.

WHEREFORE, Plaintiffs respectfully request this Honorable Court enter Default Judgment in favor of Plaintiffs and against the Defendant MANNION in the amount of $19,281.62 and further order Defendant MANNION to submit Contribution Reports and payments for the months of April, May, and June of 2008 within 10 days of being served with the Court's Order.

                              Respectfully submitted,

                              JOHNSON & KROL, LLC

By: /s/ William P. Callinan - 6292500
One of Plaintiffs' Attorneys

William P. Callinan
ATTORNEY FOR PLAINTIFFS
Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE PLUMBERS LOCAL NO. 93 U.A.** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **MANNION PLUMBING, INC.** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 CV 3672** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 08, 2008**, at **2:45 PM**, I served the above described documents upon **MANNION PLUMBING, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **TIM SMITH / EMPLOYEE**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **5419 W. DIVISION ST., CHICAGO, IL 60651**.

**DESCRIPTION:**   Gender: **M**   Race: **WHITE**   Age: **50**   Hgt: **5'10"**   Wgt: **210**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_Steven A Stosur_
Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 9th day of July, 2008

_Joan C. Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

CLIENT NAME:
Johnson & Krol, LLC*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
39557


EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND;<br><br>        Plaintiffs,<br><br>vs.<br><br>MANNION PLUMBING, INC., an Illinois Corporation,<br><br>        Defendant. | CIVIL ACTION<br><br>NO:   08 CV 3672<br><br>JUDGE: LEFKOW<br><br>MAGISTRATE JUDGE: SCHENKIER |

### DEFAULT JUDGMENT ORDER

Default Judgment is hereby entered in favor of Plaintiffs and against Defendant MANNION PLUMBING, INC., ("MANNION") as follows:

1. Default Judgment is entered in favor of Plaintiffs and against Defendant MANNION in the amount of $19,281.62;

2. Defendant MANNION is ordered to pay to Plaintiffs all known unpaid contributions for the period of September of 2007 through January of 2008 in the amount of $15,722.56;

3. Defendant MANNION is ordered to pay to Plaintiffs all unpaid liquidated damages and interest charges that accrued for the period of March of 2007 through March of 2008 in


EXHIBIT 2

      the amount of $3,559.06

4. Defendant MANNION is ordered to submit to Plaintiffs missing Contribution Reports for the months of April, May, and June of 2008 within 10 days from the date MANNION is served with this Order;

5. Defendant MANNION is ordered to pay to Plaintiffs whatever contributions, liquidated damages, interest and UNION dues are found to be due and owing for the months of April, May and June of 2008, in addition to the amounts referred to in paragraphs 1 through 3 above;

6. Defendant MANNION is ordered to pay to Plaintiffs reasonable attorney's fess and costs incurred by the Plaintiffs pursuant to the Collective Bargaining Agreement, Trust Agreements and 29 U.S.C. § 1132 (g)(2)(D);

7. That the Plaintiffs have such other relief as the Court may deem just and equitable all at Defendant's cost, pursuant to 29 U.S.C. § 1132(g)(2)(E).

                                                        ORDERED BY:

                                                        _____
                                                        HONORABLE JUDGE LEFKOW

                                                        Dated: _____