**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND;      Plaintiffs,   vs.   MANNION PLUMBING, INC., an Illinois Corporation,      Defendant. | CIVIL ACTION   NO:   08 CV 3672   JUDGE:  LEFKOW   MAGISTRATE JUDGE:  SCHENKIER |

### NOTICE OF MOTION

TO:  Mannion Plumbing, Inc.
 c/o Elda G. Mannion
 5419 West Division Street
 Chicago, IL 60651

　　PLEASE TAKE NOTICE that on **Thursday, July 31, 2008,** I shall appear before the Honorable Judge Lefkow at approximately **9:30 a.m. in Courtroom 1719**, or any Judge in her stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the attached **Plaintiff's Motion for Entry of Default Judgment.**

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　BY:　　/s/ William P. Callinan - 6292500
　　　　　　　　　　　　　　　　　　　One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 S. LaSalle St., Suite 1602
Chicago, IL 60604
(312) 372-8587


## CERTIFICATE OF SERVICE

      The undersigned certifies that he served a copy of the above Notice of Motion via e-mail to all parties by operation of the Court's electronic CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the Court as indicated on the Notice of Electronic Filing.


                                        BY:  /s/ William P. Callinan - 6292500
                                               One of Plaintiffs' Attorneys