## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND; | CIVIL ACTION<br><br>NO:   08 CV 3672<br><br>JUDGE:  LEFKOW<br><br>MAGISTRATE JUDGE:  SCHENKIER |
| Plaintiffs, | |
| vs. | |
| MANNION PLUMBING, INC., an Illinois Corporation, | |
| Defendant. | |

## NOTICE OF MOTION

TO:   Mannion Plumbing, Inc.
       c/o Elda G. Mannion
       5419 West Division Street
       Chicago, IL 60651

   PLEASE TAKE NOTICE that on **Tuesday, September 16, 2008,** I shall appear before the Honorable Judge Lefkow at approximately **9:30 a.m. in Courtroom 1719**, or any Judge in her stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the attached **Plaintiff's Motion for Entry of Default Judgment.**

                                             Respectfully submitted,

                                    BY:    /s/ William P. Callinan - 6292500
                                             One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 S. LaSalle St., Suite 1602
Chicago, IL 60604
(312) 372-8587

## CERTIFICATE OF SERVICE

      The undersigned certifies that he served a copy of the above Notice of Motion via e-mail to all parties by operation of the Court's electronic CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the Court as indicated on the Notice of Electronic Filing.

                                              BY:   /s/ William P. Callinan - 6292500
                                                        One of Plaintiffs' Attorneys