**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES of the PLUMBERS ) | |
| LOCAL UNION NO. 93 U.A.; ) | |
| BOARD OF TRUSTEES of the PLUMBERS ) | CIVIL ACTION |
| LOCAL UNION NO. 93 U.A. RETIREMENT ) | |
| ACCOUNT FUND; ) | |
| BOARD OF TRUSTEES of the PLUMBERS ) | NO: 08 CV 3672 |
| LOCAL UNION NO. 93 U.A. PENSION FUND; ) | |
| BOARD OF TRUSTEES of the PLUMBERS ) | |
| LOCAL UNION NO. 93 U.A. HEALTH AND ) | JUDGE: LEFKOW |
| WELFARE FUND; ) | |
| BOARD OF TRUSTEES of the JOINT ) | |
| APPRENTICESHIP COMMITTEE FUND of the ) | MAGISTRATE |
| PLUMBING & HEATING INDUSTRY OF LAKE ) | JUDGE: SCHENKIER |
| AND McHENRY COUNTIES; and ) | |
| The INDUSTRY ADVANCEMENT FUND; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| MANNION PLUMBING, INC., ) | |
| an Illinois Corporation, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR FINAL JUDGMENT

Now come Plaintiffs, the BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A., *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court for entry of Final Judgment in favor of Plaintiffs and against Defendant MANNION PLUMBING, INC., ("MANNION") and in support thereof, states as follows:

1. On June 26, 2008, Plaintiffs filed their Initial Complaint in the above-captioned matter.

2. Plaintiffs served Defendant MANNION with the Summons and Complaint, via corporate service on August 8, 2008, by leaving a true and correct copy of said documents with Elda Mannion, the registered Agent for service for Defendant MANNION. (Affidavit of

Service attached as Exhibit 1).

3. The Defendant failed to file an Answer or otherwise respond to the Complaint within 20 days of August 8, 2008 the date the Defendant was served with the Summons and Complaint.

4. On October 21, 2008, this Court granted a Default Judgment Order against Defendant MANNION in the amount of $19,281.62 and further ordered the Defendant to submit missing Contribution Reports for the months of April through September of 2008. (Default Judgment Order is attached as Exhibit 2).

5. The Default Order further ordered Defendant MANNION to pay to Plaintiffs whatever contributions, liquidated damages, interest and UNION dues are found to be due and owing for the months of April through September of 2008, plus reasonable attorney's fees and costs. (Exhibit 2).

6. Defendant MANNION submitted the missing Contribution Reports on or about November 5, 2008.

7. The Contribution Reports submitted by MANNION indicate that the Defendant owes $9,420.26 in unpaid Contributions for the months of April through September of 2008.

8. Defendant MANNION owes $1,506.36 in liquidated damages and interest for the months of April though September of 2008. (Affidavit of Milan Diklich is attached as Exhibit 3).

9. Defendant MANNION owes the Plaintiffs $6,407.00 in reasonable attorney's fees and costs pursuant to the Collective Bargaining Agreement, Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (Affidavit of Attorney's Fees is attached as Exhibit 4).

10. Defendant MANNION owes the UNION, the INDUSTRY FUND, and the TRUST FUNDS the principal balance of $36,615.24 representing contributions, liquidated

damages, interest and attorney's fees for the time period of September of 2007 through September of 2008. (Exhibit 3).

11. A draft Final Judgment Order is attached hereto as Exhibit 5.

WHEREFORE, Plaintiffs respectfully request this Honorable Court enter Final Judgment in favor of Plaintiffs and against the Defendant MANNION in the amount of $36,615.24 and for other such relief as this Court deems just and equitable all at Defendant's cost pursuant to 29 U.S.C. §1132(g)(2)(E).

    Respectfully submitted,

    JOHNSON & KROL, LLC

By:   /s/ William P. Callinan - 6292500
      One of Plaintiffs' Attorneys

William P. Callinan
ATTORNEY FOR PLAINTIFFS
Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587